# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Kristina Reyes<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HealthDataInsights, Inc.,<br><br>　　　　Defendant. | Case No.: 2:15-cv-587-JAD-GWF<br><br>**Order Dismissing Negligent Supervision and Training Claim**<br>**(#7)** |

　　　　Defendant HealthDataInsights, Inc. filed a motion to dismiss Plaintiff Kristina Reyes's second cause of action, which alleges a claim for negligent supervision and training.[1]  Plaintiff filed a statement of non-opposition, consenting to the dismissal of this claim.[2]  Accordingly, good cause appearing,

　　　　IT IS HEREBY ORDERED that Defendants' Motion to Dismiss plaintiff's second claim for relief **[#7] is GRANTED**.  Plaintiff's second claim for relief (negligent hiring, supervision and/or training of employees) is DISMISSED with prejudice.

　　　　DATED May 8, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 7.

[2] Doc. 11.