**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 010381
**ERICA D. LOYD, ESQ.**
Nevada Bar No.: 010922
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Road, Suite 1
Las Vegas, Nevada 89146
P: (702) 333-4223
F: (702) 507-1468
*pkang@acelawgroup.com*
*eloyd@acelawgroup.com*

*Attorneys for Plaintiff*
*Kristina Reyes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA REYES, an Individual, | Case No.: 2:15-cv-00587 |
| Plaintiff, | |
| vs. | |
| HEALTHDATATINSIGHTS, INC., a Nevada Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

-1-

IT IS HEREBY STIPULATED AND AGREED between Plaintiff KRISTINA REYES, by and through her attorneys, Patrick W. Kang, Esq. and Erica D. Loyd, Esq. of Kang & Associates, and Defendant HEALTHDATAINSIGHTS, INC., by and through its attorney, Gregg M. Lemley, Esq. and Dana B. Krulewitz, Esq. of Ogletree, Deakins, Nash, Smoak & Stewart, that the above-captioned matter shall be dismissed with prejudice. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED:**

DATED July 8th, 2015.

KANG & ASSOCIATES, PLLC.

BY: /s/Erica D. Loyd
Erica D. Loyd, Esq.
State Bar No: 10922
KANG & ASSOCIATES
6480 W. Spring Mtn. Rd.
Suite 1
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED July 8th, 2015.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

BY: /s/Dana B. Krulewitz
Dana B. Krulewitz, Esq.
State Bar No.: 11180
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169
*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: July 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-